

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-12-00262-CV

**THE CITY OF COLLEGE STATION,**

                         **Appellant**

 **v.**

**PATRICIA KAHLDEN, INDIVIDUALLY AND
AS REPRESENTATIVE OF THE ESTATE OF
LILLIE MAY WILLIAMS BAYLESS,**

                         **Appellee**

_____

### From the 272nd District Court
### Brazos County, Texas
### Trial Court No. 11-003172-CV-272

_____

## O R D E R

_____

Without regard to the characterization of the basis of the Court's holding as stated by Kahlden in her motion for rehearing, with which we do not agree, we deny her motion for rehearing filed on April 14, 2014.


                                TOM GRAY
                                Chief Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Motion denied
Order issued and filed April 24, 2014